# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE


I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **Matthew W. Beato** was duly admitted to practice in said Court on July 8, 2015 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

February 17, 2021.

THOMAS M. GOULD
Clerk of Court

By s/ Judy Easley

Deputy Clerk