

# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Ashley−Anne Lopez Criss, Bar No. 19875, was duly admitted to practice in this Court on 2/24/2017, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 2/17/2021

Sierra Dennison
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*