# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of March, 2021, a copy of the foregoing **Motion for Admission Pro Hac Vice** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>Eugene N. Bulso, Esq.
>Nicholas D. Bulso, Esq.
>Bulso, PLC
>155 Franklin Road, Suite 400
>Brentwood, Tn 37027

>>/s/ Kaya Grace Porter
>>Kaya Grace Porter BPR No. 035290