# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### CERTIFICATE OF GOOD STANDING

    I, LYLE W. CAYCE, Clerk of this Court, certify that **David H. Topol,** was duly admitted to practice in this Court on April 01, 2021, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on April 05, 2021

_Lyle W. Cayce_
LYLE W. CAYCE
Clerk

By: _Sabrina B. Short_
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Apr 05, 2021**

_Lyle W. Cayce_
**Clerk, U.S. Court of Appeals, Fifth Circuit**