# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| CAPWEALTH ADVISORS, LLC, | ) |
| | ) |
| Plaintiff, | ) No.: 3:21-cv-00036 |
| v. | ) |
| | ) Judge Eli J. Richardson |
| TWIN CITY FIRE INSURANCE CO., | ) Magistrate Judge Barbara D. Holmes |
| | ) |
| Defendant. | ) |

## DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S ANSWER TO THE COMPLAINT

Please take notice that Schyler M. Cox of the law firm Lewis Thomason, P.C. hereby respectfully enters her appearance as additional counsel of record for Defendant Twin City Fire Insurance Company ("Twin City") in the above-styled matter. The Clerk and counsel for the Parties are requested to also direct all orders, mailings, and other correspondence in the above-styled matter to the undersigned counsel as additional counsel of record for Twin City, using the contact information below.

DATED this the 10th day of May, 2021.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

/s/ *Schyler M. Cox*
Kaya Grace Porter, BPR No. 035290
Schyler M. Cox, BPR No. 037911
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219-8615

(615) 259-1366
kporter@lewisthomason.com
scox@lewisthomason.com

David H. Topol
Matthew W. Beato
Ashley L. Criss
*Admitted pro hac vice*
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000

*Counsel for Defendant Twin City Fire Insurance Co.*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of May, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Eugene N. Bulso, Esq.
Nicholas D. Bulso, Esq.
Bulso, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027

*/s/ Schyler M. Cox*
Schyler M. Cox BPR No. 037911