# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| CAPWEALTH ADVISORS, LLC, | ) |
| Plaintiff, | ) No.: 3:21-cv-00036 |
| v. | ) |
| | ) Judge Eli J. Richardson |
| TWIN CITY FIRE INSURANCE CO., | ) Magistrate Judge Barbara D. Holmes |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

Pursuant to Local Rule 83.01(g), Attorney Kaya Grace Porter gives notice to the Court and all parties of her withdrawal as counsel of record for Defendant Twin City Fire Insurance Co. will continue to be represented by the remaining counsel of record from Lewis Thomason, P.C. Ms. Porter withdraws because she will no longer practice with Lewis Thomason, P.C., as she moves her practice to another law firm.

DATED this the 11th day of May, 2021.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

/s/ Kaya Grace Porter
Kaya Grace Porter, BPR No. 035290
Schyler M. Cox, BPR No. 037911
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, Tennessee 37219-8615
(615) 259-1366
kporter@lewisthomason.com
scox@lewisthomason.com
*Counsel for Defendant Twin City Fire Insurance Co.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of May, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Eugene N. Bulso, Esq.
Nicholas D. Bulso, Esq.
Bulso, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027

*/s/* Kaya Grace Porter
Kaya Grace Porter BPR No. 035290