# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

CAPWEALTH ADVISORS, LLC,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE CO.,

    Defendant.

No.: 3:21-cv-00036
Judge Eli J. Richardson
Mag. Judge Barbara D. Holmes
JURY DEMAND

## JOINT REPORT

In accordance with Section F of the Initial Case Management Order (Dkt. 21), the parties submit the following joint report:

1. Counsel met remotely on July 7, 2021 in a good faith effort to resolve this case by agreement. The case was not resolved.

2. The parties discussed their mutual positions and agreed that the principal issue in this case, whether the Policy provides coverage for the SEC Investigation and Complaint, is likely to be susceptible to resolution on summary judgment. The parties agreed to cooperate in the expeditious exchange of any information necessary to the filing of cross-motions for summary judgment to present this issue to Judge Richardson.

3. If the case is not fully resolved on summary judgment, the parties believe that a ruling nonetheless would be likely to narrow and clarify the issues in the case such that the parties would be able to reach a negotiated resolution in an efficient manner. But if the case is not resolved, the parties will participate in a

formal mediation before a Rule 31 mediator or another mutually-agreed mediator on or before March 31, 2022.

Respectfully Submitted:

s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr. (No. 12005)
BULSO, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: (615) 913-5200
Fax: (615) 913-5150
gbulso@bulso.com
*Attorneys for Plaintiff*

s/ Matthew W. Beato
David H. Topol
Matthew W. Beato
Ashley L. Criss
(admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

Justin Joy
Schyler Cox
LEWIS THOMASON
424 Church Street, Suite 2500
Nashville, Tennessee 37219-8615

*Attorneys for Defendant*
