IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAPWEALTH ADVISORS, LLC | ) | |
| | ) | |
| v. | ) | NO. 3:21-0036 |
| | ) | Richardson/Holmes |
| TWIN CITY FIRE INSURANCE CO. | ) | |

**O R D E R**

By the initial case management order a subsequent case management conference has been scheduled for July 29, 2021. There are no pending motions, and counsel have not advised the Court of any issues in the progression of this case. The Court is therefore inclined to cancel the July 29 telephone conference unless there are any matters to bring to the Court's attention.

Counsel shall email Ms. Jeanne Cox at Jeanne_W_Cox@tnmd.uscourts.gov by 4:00 p.m. on July 28 to let her know either there are known or anticipated matters about which discussion with the Court would be helpful or there are no known or potential issues to discuss. If the call is cancelled, all remaining case management deadlines will remain in full force and effect. Further, if the call is cancelled, any party may later request or the Court may later set another status/case management conference based on further developments in this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge