# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAPWEALTH ADVISORS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE CO.,<br><br>  Defendant. | No.: 3:21-cv-00036<br>Judge Eli J. Richardson<br>Mag. Judge Barbara D. Holmes<br>JURY DEMAND |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties jointly move the Court to enter the attached proposed Agreed Protective Order so that the parties may exchange information and documents deemed to be confidential. Plaintiff has requested documents and information concerning, *inter alia*, defendant's claims and underwriting files, which defendant deems confidential, but which defendant is prepared to produce upon entry of the attached order. Likewise, defendant has requested documents and information regarding plaintiff's advisory accounts, which plaintiff deems confidential, but which plaintiff is prepared to produce upon entry of the attached order.

The parties submit that this Court's entry of the attached proposed order, or one similar thereto, will aid the parties in the progression of this case.

Respectfully Submitted:

s/Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr. (No. 12005)
BULSO, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: (615) 913-5200
Fax: (615) 913-5150
gbulso@bulso.com

*Attorneys for Plaintiff*

s/ Matthew W. Beato
David H. Topol
Matthew W. Beato
Ashley L. Criss
(admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

Justin Joy
Schyler Cox
LEWIS THOMASON
424 Church Street, Suite 2500
Nashville, Tennessee 37219-8615

*Attorneys for Defendant*