IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAPWEALTH ADVISORS, LLC | ) | |
| | ) | |
| v. | ) | NO. 3:21-0036 |
| | ) | Richardson/Holmes |
| TWIN CITY FIRE INSURANCE CO. | ) | |

**O R D E R**

A status/case management conference was held telephonically on July 29, 2021. Counsel participating were: Gino Bulso for Plaintiff CapWealth Advisors, LLC and Matthew Beato and Schyler Cox for Defendant Twin City Fire Insurance Co. Counsel reported that there are no known or anticipated discovery disputes at this time. Based on the parties' joint case resolution status report (Docket No. 26), the Court instructs the parties that their intention to wait until resolution of anticipated motions for summary judgment before proceeding with a substantive attempt at case resolution does not comport with the case resolution plan provided for in the initial case management order. Further, it appears that mediation has been ordered in the case of *Securities and Exchange Commission v. CapWealth Advisors, LLC*, 3:20-cv-1064, which is the litigation (following investigation) for which CapWealth made the claim to Twin City Fire Insurance for coverage that is the subject of this lawsuit.

The parties in this action are instructed to participate in a global mediation with the parties in *Securities and Exchange Commission v. CapWealth Advisors* in accordance with Chief Judge Crenshaw's order in that case, including that a joint notice of the selected mediation and date of mediation shall also be filed in this case. Plaintiff's counsel shall notify the Securities and Exchange Commission of the participation of Twin City Fire Insurance in the mediation. If there

is any modification to the Court's instructions in the *Securities and Exchange Commission v. CapWealth Advisors* case, the parties may seek appropriate relief in this case.

It is so ordered.

_____
BARBARA D. HOLMES
United States Magistrate Judge