# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAPWEALTH ADVISORS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TWIN CITY FIRE INSURANCE CO.,**<br><br>Defendant. | **Case No. 3:21-cv-00036**<br><br>**Judge Eli J. Richardson**<br><br>**Magistrate Judge Barbara D. Holmes**<br><br>**JURY DEMAND** |

## NOTICE OF APPEARANCE

Eric W. Smith, of the law firm Bulso PLC, 155 Franklin Road, Suite 400, Brentwood, Tennessee 37027, hereby enters his appearance in this matter as counsel for the Plaintiff, CapWealth Advisors, LLC. Mr. Smith serves as co-counsel for the Defendants with Eugene N. Bulso and Nicholas D. Bulso.

Respectfully submitted,

s/ *Eric W. Smith*
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5131
esmith@bulso.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which is expected to automatically send e-mail notification to all counsel of record in this case.

This 30th day of August, 2021.

*s/ Eric W. Smith*
Counsel for Plaintiff
