# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAPWEALTH ADVISORS, LLC,** | |
| Plaintiff, | **Case No. 3:21-cv-00036** |
| v. | **Judge Eli J. Richardson** |
| | **Magistrate Judge Barbara D. Holmes** |
| **TWIN CITY FIRE INSURANCE CO.,** | **JURY DEMAND** |
| Defendant. | |

## JOINT REPORT REGARDING MEDIATION

In accordance with the Court's Order dated August 2, 2021, the parties have conferred with the plaintiff in Case No. 3:20-cv-01064 pending before Chief Judge Crenshaw, and advise that the parties in the above-captioned case and the parties in Case No. 3:20-cv-01064 have agreed to participate in a global mediation of their cases with mediator Frank A. Lightmas, Jr. on August 31, 2021. The mediation will be conducted via teleconference.

Dated this 30th day of August, 2021.

Respectfully submitted,

*/s/ Eric W. Smith*
Eugene N. Bulso, Jr. (BPR No. 12005)
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com
esmith@bulso.com

*Counsel for Plaintiff*


*/s/Matthew W. Beato*
David H. Topol (*pro hac vice*)
Matthew W. Beato (*pro hac vice*)
Ashley L. Criss (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
dtopol@wiley.law
mbeato@wiley.law
acriss@wiley.law

Justin N. Joy (BPR No. 023722)
Schyler M. Cox (BPR No. 037911)
424 Church Street, Suite 2500
P.O. Box 196815
Nashville, TN 37219
LEWIS THOMASON, P.C.
(615) 259-1366
scox@lewisthomason.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which is expected to automatically send e-mail notification to all counsel of record in this case.

  This 30th day of August, 2021.

*/s/ Eric W. Smith*
Counsel for Plaintiff
