# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAPWEALTH ADVISORS, LLC,** | |
| Plaintiff, | Case No. 3:21-cv-00036 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Barbara D. Holmes |
| **TWIN CITY FIRE INSURANCE CO.,** | JURY DEMAND |
| Defendant. | |

## CONFORMED CERTIFICATE OF SERVICE

Undersigned counsel, pursuant to a notice received on August 31, 2021 from the Clerk of Court for the Middle District of Tennessee, respectfully files the following conformed certificate of service relating to undersigned counsel's Notice of Appearance (DE No. 32) that provides he will be serving as co-counsel for the Plaintiff:

I hereby certify that, on August 30, 2021, I electronically filed a true and correct copy of my Notice of Appearance (DE No. 32) with the Clerk of the Court using the CM/ECF system, which I understand to have automatically sent e-mail notification of, and a copy of, the Notice of Appearance to the following counsel of record in this case:

David H. Topol
Matthew W. Beato
Ashley L. Criss
WILEY REIN LLP
1776 K Street NW

Washington, DC 20006
dtopol@wiley.law
mbeato@wiley.law
acriss@wiley.law

Schyler M. Cox
424 Church Street, Suite 2500
LEWIS THOMASON, P.C.
P.O. Box 196815
Nashville, TN 37219
scox@lewisthomason.com

Eugene N. Bulso, Jr.
Nicholas D. Bulso
BULSO PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027
gbulso@bulso.com
nbulso@bulso.com

Respectfully submitted,

*/s/ Eric W. Smith*
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
(615) 913-5131
esmith@bulso.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed a true and correct copy of the foregoing Conformed Certificate of Service with the Clerk of the Court using the CM/ECF system, which is expected to automatically send e-mail notification and a copy of the foregoing to the following counsel of record in this case on this the 1st day of September, 2021.

David H. Topol
Matthew W. Beato
Ashley L. Criss
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
dtopol@wiley.law
mbeato@wiley.law
acriss@wiley.law

Schyler M. Cox
424 Church Street, Suite 2500
LEWIS THOMASON, P.C.
P.O. Box 196815
Nashville, TN 37219
scox@lewisthomason.com

Eugene N. Bulso, Jr.
Nicholas D. Bulso
BULSO PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027
gbulso@bulso.com
nbulso@bulso.com

                                              */s/Eric W. Smith*
                                              Eric W. Smith