IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAPWEALTH ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendant. | No: 3:21-cv-00036<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Barbara D. Holmes<br><br>JURY DEMAND |

## NOTICE OF APPEARANCE

Please take notice that Allen Davidson Lentz of the law firm Lewis Thomason, P.C. hereby respectfully enters his appearance as additional counsel of record for Defendant Twin City Fire Insurance Company ("Twin City") in the above-styled matter. The Clerk and counsel for the Parties are requested to also direct all orders, mailings, and other correspondence in the above-styled matter to the undersigned counsel as additional counsel of record for Twin City, using the contact information below.

DATED this the 24th day of February, 2022.

                   Respectfully submitted,

                   LEWIS THOMASON, P.C.

                   By:*/s/ Allen Davidson Lentz*
                   Allen Davidson Lentz, BPR No. 037581
                   Schyler M. Cox, BPR No. 037911
                   424 Church Street, Suite 2500
                   P.O. Box 198615
                   Nashville, Tennessee 37219-8615
                   (615) 259-1366
                   dlentz@lewisthomason.com

David H. Topol
Matthew W. Beato
Ashley L. Criss
*Admitted pro hac vice*
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000

*Counsel for defendant Twin City Fire Insurance Co.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 24th day of February, 2022, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Eugene N. Bulso, Jr. (BPR No. 12005)
Eric W. Smith (BPR No. 21694)
BULSO PLC
155 Franklin Rd., Suite 400
Brentwood, TN 37027
Tel: (615) 913-5135
gbulso@bulso.com
esmith@bulso.com

*/s/ Allen Davidson Lentz*
Allen Davidson Lentz, BPR No. 037581