IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAPWEALTH ADVISORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | No.: 3:21-cv-00036<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Barbara D. Holmes<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Paige I. Bernick of the law firm of Lewis Thomason, PC, hereby respectfully enters her appearance as counsel of record for Defendant Twin City Fire Insurance Company ("Twin City") in the above styled matter. The Clerk and counsel for the Parties are requested to also direct all orders, mailings, and other correspondence in the above-styled matter to the undersigned counsel as additional counsel of record for Twin City, using the contact information below.

DATED this the 27th day of January, 2023.

Respectfully submitted,

**LEWIS THOMASON, PC**

By: */s/ Paige I. Bernick*
Paige I. Bernick (TN BPR 030071)
PBernick@LewisThomason.com
424 Church St., Suite #2500
Nashville, TN 37219
Phone: (615) 259-1366
Fax: (615) 259-1389

*Attorney for Defendant Twin City Fire Insurance Company*

# CERTIFICATE OF SERVICE

      I hereby certify that on this the 27th day of January, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who are indicated below. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Eugene N. Bulso, Jr. (BPR No. 12005)
        gbulso@bulso.com
    Eric W. Smith (BPR No. 21694)
        esmith@bulso.com
    BULSO PLC
    155 Franklin Rd. Suite 400
    Brentwood, TN 37027

    *Attorneys for Plaintiffs, Capwealth Advisors, LLC*

    David H. Topol, Esq.
    Matthew W. Beato, Esq.
    Ashley L. Criss, Esq.
    *Admitted pro hac vice*
    Wiley Rein LLP
    1776 K. St. NW
    Washington, D.C. 20006

    *Attorneys for Defendant*
    *Twin City Fire Insurance Company*

                                         */s/ Paige I. Bernick*